NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CYBERFONE SYSTEMS, LLC (FORMERLY KNOWN AS LVL PATENT GROUP, LLC),**
*Plaintiff-Appellant,*

v.

**CNN INTERACTIVE GROUP, INC., CBS INTERACTIVE, INC., FOX NEWS NETWORK, LLC, WARNER BROS ENTERTAINMENT, INC., UNIVISION INTERACTIVE MEDIA, INC., HOME BOX OFFICE, INC., NETFLIX, INC., DOW JONES & CO., INC., HULU, LLC, NBA MEDIA VENTURES, LLC, NFL ENTERPRISES, LLC, YAHOO! INC., SKYPE, INC., GROUPON, INC., TWITTER, INC., LINKEDIN CORPORATION, YELP! INC., DOW JONES LOCAL MEDIA GROUP, INC., FLIXSTER, INC., FOX INTERACTIVE MEDIA, INC., FOX SPORTS INTERACTIVE MEDIA, LLC, FOX SOCCER CHANNEL, LLC, NBA PROPERTIES, INC., AND TWENTIETH CENTURY FOX FILM CORPORATION,**
*Defendants-Appellees,*

AND

**AMAZON.COM, INC., UNITED AIRLINES, INC., SOUTHWEST AIRLINES CO., AVIS BUDGET**

**GROUP, INC., HERTZ CORPORATION, MARRIOTT INTERNATIONAL, INC., HILTON WORLDWIDE, INC., INTERCONTINENTAL HOTELS CORPORATION, AMAZON SERVICES, LLC, ORBITZ WORLDWIDE, LLC, HILTON HOTELS CORPORATION, HILTON GARDEN INNS MANAGEMENT, LLC, PURE BIZ SOLUTIONS, LLC, AND SIX CONTINENTS HOTELS, INC.,**
*Defendants-Appellees,*

AND

**AMERICAN AIRLINES, INC., IMDB.COM, INC., AND PLAYFIELD APPS COMPANY,**
*Defendants.*

————————————

2012-1673, -1674

————————————

Appeals from the United States District Court for the District of Delaware in case nos. 11-CV-0829 and 11-CV-0831, Judge Sue L. Robinson.

————————————

**ON MOTION**

————————————

**O R D E R**

The parties jointly move without opposition for an extension of time, until December 18, 2012, for the appellant to file its principal brief, for an extension of time, until March 6, 2013, for the appellees to file their responsive briefs, and for an extension of time, until March 20, 2013, for the appellant to file its reply brief.  American

3                CYBERFONE SYSTEMS V. CNN INTERACTIVE GROUP

Airlines moves without opposition to reform the caption, and IMDB.com, Inc. and Playfield Apps Company submit a letter concerning the caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21